IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : : : | CIVIL ACTION |
| v. | : : | No. 10-1887 |
| NEW LIFE ANOINTED MINISTRIES INTERNATIONAL, INC. | : : | |

**ORDER**

AND NOW, this 30th of June, 2011, it is ORDERED Defendant New Life Anointed Ministries International, Inc.'s Motion to Dismiss Based on Lack of Personal Jurisdiction (Document 12) is GRANTED.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.